**United States District Court**
**Violation Notice**

CVB Location Code __SA-40__

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 6226735 | Parnell | 1066 |

6 2 2 6 7 3 5

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐ USC ☐ State Code |
|---|---|
| 11/16/17 1030 | 41 CFR 102-74-390 |

Place of Offense
550 GOVERNMENT ST
Mobile AL 36602

Offense Description: Factual Basis for Charge    HAZMAT ☐
URINATING IN Public
On Federal Building

### DEFENDANT INFORMATION    Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| WALKER | GMEYRS | T |

Street Address
1411 DUVAL ST

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Mobile | AL | 36605 | 5-6-1951 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 8361720 | | AC | |

☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female   Hair BLK   Eyes Bro   Height 59   Weight 210

### VEHICLE    VIN:

| Tag No. | | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|---|
| | | | | | | |

☑ A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

☐ B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy)

MC

$ _____   Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____   **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 113 Saint Joseph Mobile AC | TBD |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.
I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

---

(For issuance of an arrest warrant or summons)

I state that on __11/16__, 20__17__ while exercising my duties as a law enforcement officer in the __Southern__ District of __ALABAMA__

GMEYERS WALKER ENTERSO
THE SOCIAL SECURITY
ADMINSTRATION PARKING
GARAGE LOCATED AT 550
GOVERNMENT STREET. While
WALKER WAS THERE HE
URINATED ON THE WALL
and floor of Second floor of
the parking garage, before
dumping a used diaper
on the floor of ~~sing~~ LEAVING
the GARAGE

The foregoing statement is based upon:

☐ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __11/16/17__ _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident